Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOAQUIN ROCES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RENO HOUSING AUTHORITY and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:15-cv-00408-LRH-WGC<br><br>**(PROPOSED)**<br><br>**ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT GRANT PLAINTIFF (1) A TEMPORARY RESTRAINING ORDER UPON NOTICE AND/OR PRELIMINARY INJUNCTION AGAINST DEFENDANT; (2) A STAY OF EVICTION PENDING HEARING** |

Upon the declaration of Plaintiff Joaquin Roces, sworn to on August 25, 2015, and upon the memorandum of points and authorities filed herewith, upon all prior papers and proceedings on file in this action to date, and in consideration that in a few days from now, Plaintiff will be homeless as a result of pending eviction by Defendant RENO HOUSING AUTHORITY,

IT IS HEREBY ORDERED, that the above named defendant, RENO HOUSING AUTHORITY, appear before the Honorable Judge Robert C. Jones, Courtroom 6 of the United States Courthouse, located in the Bruce R. Thompson Federal Building, 400 South Virginia Street, Reno, Nevada 89501 at 10:00 A.M. clock a.m./p.m. on Monday, August 31, 2015 thereafter as counsel may be heard, and then and there.

- 1 -
(PROPOSED)
ORDER TO SHOW CAUSE

1    TO SHOW CAUSE, if any there be, why a temporary restraining order upon notice and/or
2 a preliminary injunction pursuant to Sections 16(b) and 17 of the Fair Labor Standards Act, 29
3 U.S.C.§§ 216(b), 217 (hereinafter FLSA) and/or pursuant to Rule 65 of the Federal Rules of
4 Civil Procedure should not issue in the form submitted as a proposed order herewith,
5    IT IS FURTHER ORDERED that a copy of this order, together with the papers upon
6 which it is granted, be personally served upon the defendant(s) and/or its attorney before two
7 business days of issuance of this order. [handwritten: 5 p.m., Aug 27] [handwritten: by] If Defendant's attorney has not entered an appearance in
8 the case, and is not electronically served with this order, then hand delivery to the Defendant's
9 principle place of business at 1525 E 9th St, Reno, NV 89512 shall be deemed good and sufficient
10 notice and service.
11    IT IS FURTHER ORDERED that all papers the Defendant desires to submit in opposition
12 to the Plaintiff's motion must be served on counsel for Plaintiff (either electronically or by hand
13 delivery) and filed with the court prior to the hearing date. Personal appearance is required and oral
14 statements will be considered.
15    [struck through: IT IS FURTHER ORDERED that pending the hearing of this motion, the Defendant and
16 all Defendant's employees, agents and assigns, as well as any law enforcement agency personnel
17 with notice of this order, are stayed from conducting any proceedings to evict or otherwise
18 interfere with the Plaintiff's occupancy of apartment unit 611 located at 701 Saint Arms Circle,
19 Reno, Nevada, 89506.]
20    **IT IS SO ORDERED.**
21 DATED this _27_ day of _Aug_ 2015 at _2_ a.m./p.m.
22
23                                                                  Hon. Larry R. Hicks
                                                                    United States District Judge

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

- 2 -
(PROPOSED)
ORDER TO SHOW CAUSE