STEPHEN S. KENT, ESQ.
Nevada Bar No. 1251
201 W. Liberty St., Ste. 320
Reno, Nevada 89501
775/324-9800
ATTORNEY FOR DEFENDANT
RENO HOUSING AUTHORITY

UNITED STATES DISTRICT COURT

for the

DISTRICT OF NEVADA

| | |
|---|---|
| JOAQUIN ROCES, JUAN LOPEZ, and JUDITH LOPEZ on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENO HOUSING AUTHORITY and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO. 3:15-cv-00408-RCJ-WGC<br><br>**STIPULATED REQUEST TO EXTEND DATE FOR DISCLOSURE OF EXPERTS**<br><br>(FIRST REQUEST) |

The parties, Plaintiffs JOAQUIN ROCES, JUAN LOPEZ, and JUDITH LOPEZ ("Plaintiffs"), and Defendant RENO HOUSING AUTHORITY ("Defendant") through their counsel do hereby stipulate and request that the dates for disclosure of experts listed in the Scheduling Order, Document 43, be extended as follows:

DISCLOSURE OF EXPERT WITNESSES be extended from May 26, 2016 to June 6, 2016

DISCLOSURE OF REBUTTAL EXPERT WITNESS be extended from June 27, 2016 to July 7, 2016.

Counsel for Plaintiffs and Defendant request that the Scheduling Order be modified to extend these dates. The reason for the requested extension is so that experts can have additional time following the completion of recent depositions and recently produced documents. No prior request for extending the date for disclosure of experts has been made. No other changes to the Scheduling Order are being requested.

Dated: May 17, 2016                                        Dated: May 17, 2016

THIERMAN BUCK, LLP                                         LAW OFFICES OF CHARLES R. ZEH

/s/ Leah L. Jones                                          /s/Charles R. Zeh
Mark R. Thierman, Esq., Bar No. 8285                       Charles R. Zeh, Esq., Bar No. 001739
Joshua D. Buck, Esq., Bar No. 12187                        575 Forest Street, Suite 200
Leah L. Jones, Esq., Bar No. 13161                         Reno, Nevada 89509
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

                                                           Dated: May 17, 2016

                                                           KENT LAW

                                                           /s/ Stephen S. Kent
                                                           Stephen S. Kent, Esq., Bar No. 001251
                                                           201 W. Liberty St., Ste. 320
                                                           Reno, Nevada 89501
                                                           *Attorneys for Defendants*

**IT IS SO ORDERED this** 18th **day of May, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2