UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOAQUIN ROCES, JUAN LOPEZ, and JUDITH LOPEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RENO HOUSING AUTHORITY, et al.,<br><br>　　　　　　Defendants. | 3:15-cv-00408-RCJ-WGC<br><br>**MINUTES OF THE COURT**<br><br>September 19, 2016 |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>  KATIE LYNN OGDEN  </u>   REPORTER:  <u>NONE APPEARING      </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING                        </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                       </u>

**MINUTE ORDER IN CHAMBERS:**

　　　Pursuant to the Stipulation and Order to Consolidate (ECF No. 62), the case management conference set for **Tuesday, October 11, 2016, at 1:30 p.m.** in Reno Courtroom 2 before United States Magistrate Judge William G. Cobb will pertain to the case as consolidated.

　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By:  <u>      /s/                              </u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk