UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| **Joaquin Roces, Juan Lopez and Judith Lopez on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Reno Housing Authority (officially Housing Authority of Reno) and Does 1 through 50, inclusive,**<br><br>Defendant(s). | Lead Case No.: 3:15-cv-00408-RCJ-WGC<br><br>Consolidated with: 3:16-cv-00441-RCJ WGC<br><br>JUDGMENT IN A CIVIL ACTION |
| **Jaime Villa and Melisa Chavez,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Reno Housing Authority and Does 1 through 50, inclusive,**<br><br>Defendant(s). | |

These actions came to be considered before the Court.  The issues have been considered and a decision has been rendered.

**IT IS HEREBY ORDERED** that Plaintiffs' motion for partial summary judgement (ECF No. 81) is DENIED.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 82) is GRANTED.

**IT IS ORDERED ADJUDGED AND DECREED** that judgment is entered dismissing with prejudice all claims of plaintiffs entering judgment in favor of defendants and against plaintiffs.

DEBRA K. KEMPI
CLERK

(By) DEPUTY CLERK



April 18, 2018

DATE