Charles R. Zeh, Esq.
Nevada State Bar No. 1739
The Law Offices of Charles R. Zeh, Esq.
575 Forest Street, Suite 200
Reno, NV 89509
Telephone: 775.323.5700
Facsimile: 775.786.8183
E-mail: crzeh@aol.com

Stephen S. Kent, Esq.
Nevada State Bar No. 1251
Kent Law, PLLC
201 West Liberty Street, Suite 230
Reno, NV 89501
Telephone: 775.324.9800
Facsimile: 775.324.9803
E-Mail: skent@skentlaw.com

*Attorneys for*
*The Housing Authority of the City of Reno*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Joaquin Roces, Juan Lopez and Judith Lopez on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Reno Housing Authority (officially Housing Authority of Reno) and Does 1 through 50, inclusive,<br><br>Defendant(s). | Lead Case No.: 3:15-cv-00408-RCJ-WGC<br><br>Consolidated with: 3:16-cv-00441-RCJ WGC<br><br>Stipulation for Extension of Time for Defendant to File Response to Plaintiffs' Objection to Defendant's Application for Payment of Costs<br><br>*(First Request)* |
| Jaime Villa and Melisa Chavez,<br><br>Plaintiffs,<br><br>vs.<br><br>Reno Housing Authority and Does 1 through 50, inclusive,<br><br>Defendant(s). | |

Plaintiffs JOAQUIN ROCES, JUAN LOPEZ, JUDITH LOPEZ, JAIME VILLA and MELISA CHAVEZ (plaintiffs) and defendant RENO HOUSING AUTHORITY (defendant or RHA), by and through their respective counsel of record, hereby stipulate and agree that defendant Housing Authority of the City of Reno may have up to, and including, May 25, 2018, as the time within which to file its opposition to the plaintiffs' objection to RHA's application for the payment of costs, which would otherwise be due on May 1, 2018. The reason for this stipulation to extend the time for the RHA to file its response is that the RHA's opposition to the plaintiffs' objection to the RHA's application for the payment of costs comes at an inopportune time for both of the attorneys for the RHA.

Commencing April 28, 2018, Steve Kent will be out of the country until May 14, 2018, or thereabouts. Then, because of other, pre-existing time commitments including parts of two days in Las Vegas for client business on behalf of the State of Nevada, preparation for an impending oral argument before the full bench of the Nevada Supreme Court, a meeting with clients lasting nearly the entire day which included participants who traveled from Sacramento, and other matters, Mr. Zeh, the RHA's other legal counsel, has been unable to either meet with co-counsel, Mr. Kent, or engage in the research for the pleading in opposition to the plaintiffs' objection to an award of costs. Ironically, Mr. Zeh will also be out of the country, commencing May 12, 2018, returning to the office, May 22, 2018. The parties stipulate that good cause exists to support the stipulation for the extension time herein.

///
///
///
///
///
///
///
///
///

This is the first request for an extension of time regarding this pleading. It is not made for reasons of delay. If the stipulation is approved, the RHA will have, up to, and including, May 25, 2018, as the time within which to file its response to the plaintiffs' objection to the RHA's application for costs.

Dated: 4/30/2018

The Law Offices of Charles R. Zeh, Esq.

By: /s/Charles R. Zeh, Esq.

*Attorneys for defendant*

Dated: 4/30/2018

Thierman Buck LLP

By: /s/Leah L. Jones, Esq.

*Attorneys for plaintiffs*

Dated: 4/30/2018

Kent Law, PLLC

By: /s/Steve Ken, Esq.

*Attorneys for defendant*

## ORDER

IT IS SO ORDERED.

Dated this 11th day of May, 2018.

_____
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing *Stipulation for Extension of Time for Defendant to File Response to Plaintiffs' Objection to Defendant's Application for Payment of Costs* was made through the court's electronic filing and notice system (CM/ECF).

    Mark R. Thierman, Esq.
    Joshua D. Buck, Esq.
    Leah L. Jones, Esq.
    Thierman Buck LLP
    7287 Lakeside Drive
    Reno, NV 89511

    Stephen S. Kent, Esq.
    201 West Liberty Street, Suite 320
    Reno, NV 89501

Dated this 30th day of April, 2018.

/s/ Karen Kennedy
An employee of
The Law Offices of Charles R. Zeh, Esq.

S:\Clients\Reno Housing Authority\Roces Joaquin\Pleadings\Stipulation Bill of Costs R3.wpd