Charles R. Zeh, Esq.
Nevada State Bar No. 1739
The Law Offices of Charles R. Zeh, Esq.
575 Forest Street, Suite 200
Reno, NV 89509
Telephone: 775.323.5700
Facsimile: 775.786.8183
E-mail: crzeh@aol.com

Stephen S. Kent, Esq.
Nevada State Bar No. 1251
Kent Law, PLLC
201 West Liberty Street, Suite 230
Reno, NV 89501
Telephone: 775.324.9800
Facsimile: 775.324.9803
E-Mail: skent@skentlaw.com

*Attorneys for*
*The Housing Authority of the City of Reno*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Joaquin Roces, Juan Lopez and Judith Lopez on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Reno Housing Authority (officially Housing Authority of Reno) and Does 1 through 50, inclusive,<br><br>Defendant(s). | Lead Case No.: 3:15-cv-00408-RCJ-WGC<br><br>Consolidated with: 3:16-cv-00441-RCJ WGC<br><br>Stipulation for Extension of Time for Defendant to File Response to Plaintiffs' Objection to Defendant's Application for Payment of Costs<br><br>*(Second Request)* |
| Jaime Villa and Melisa Chavez,<br><br>Plaintiffs,<br><br>vs.<br><br>Reno Housing Authority and Does 1 through 50, inclusive,<br><br>Defendant(s). | |

1  Plaintiffs JOAQUIN ROCES, JUAN LOPEZ, JUDITH LOPEZ, JAIME VILLA and
2  MELISA CHAVEZ (plaintiffs) and defendant RENO HOUSING AUTHORITY (defendant or
3  RHA), by and through their respective counsel of record, hereby stipulate and agree that
4  defendant Housing Authority of the City of Reno may have a second extension up to, and
5  including, June 1, 2018, as the time within which to file its opposition to the plaintiffs'
6  objection to RHA's application for the payment of costs, which would otherwise be due on
7  May 25, 2018. The reason for this stipulation to extend the time for the RHA to file its
8  response is that the RHA's opposition to the plaintiffs' objection to the RHA's application for
9  the payment of costs comes due at a time when defendant's counsel have other briefs due for
10 both of the attorneys for the RHA.
11  Commencing April 28, 2018, Steve Kent was out of the country until May 14, 2018, or
12 thereabouts. Mr. Zeh has also been out of the country, commencing May 12, 2018, returning
13 to the office, May 22, 2018. Then, because of other, pre-existing time commitments including
14 parts of two days in Las Vegas for client business on behalf of the State of Nevada,
15 preparation for an impending oral argument before the full bench of the Nevada Supreme
16 Court, a meeting with clients lasting nearly the entire day which included participants who
17 traveled from Sacramento, and other matters, Mr. Zeh, the RHA's other legal counsel, has
18 been unable to either meet with co-counsel, Mr. Kent, or engage in the research for the
19 pleading in opposition to the plaintiffs' objection to an award of costs. The parties stipulate
20 that good cause exists to support the stipulation for the extension time herein.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    This is the second request for an extension of time regarding this pleading. It is not
2 made for reasons of delay. If the stipulation is approved, the RHA will have, up to, and
3 including, June 1, 2018, as the time within which to file its response to the plaintiffs'
4 objection to the RHA's application for costs.

5 Dated: _____        Dated: _____
6 The Law Offices of Charles R. Zeh, Esq.    Kent Law, PLLC

8 By: __/s/Charles R. Zeh, Esq._____    By: __/s/Steve Ken, Esq._____
9 *Attorneys for defendant*              *Attorneys for defendant*

10 Dated: _____
11 Thierman Buck LLP

12 By: /s/Leah L. Jones, Esq._____
13 *Attorneys for plaintiffs*

14                              **ORDER**
15 IT IS SO ORDERED.
16 Dated this 24 day of May, 2018.

18                                           _____
                                             United States District Court Judge

3