**Charles R. Zeh, Esq.**
**Nevada State Bar No. 1739**
**The Law Offices of Charles R. Zeh, Esq.**
**575 Forest Street, Suite 200**
**Reno, NV 89509**
**Telephone: 775.323.5700**
**Facsimile: 775.786.8183**
**E-mail: crzeh@aol.com**

**Stephen S. Kent, Esq.**
**Nevada State Bar No. 1251**
**Kent Law, PLLC**
**201 West Liberty Street, Suite 230**
**Reno, NV 89501**
**Telephone: 775.324.9800**
**Facsimile: 775.324.9803**
**E-Mail: skent@skentlaw.com**

*Attorneys for*
*The Housing Authority of the City of Reno*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **Joaquin Roces, Juan Lopez and Judith Lopez on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Reno Housing Authority (officially Housing Authority of Reno) and Does 1 through 50, inclusive,**<br><br>Defendant(s). | **Lead Case No.: 3:15-cv-00408-RCJ-WGC**<br><br>**Consolidated with: 3:16-cv-00441-RCJ WGC**<br><br><br>**Stipulation for Extension of Time for Defendant to File Response to Plaintiffs' Objection to Defendant's Application for Payment of Costs**<br><br>*(Third Request)* |
| **Jaime Villa and Melisa Chavez,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Reno Housing Authority and Does 1 through 50, inclusive,**<br><br>Defendant(s). | |

Plaintiffs JOAQUIN ROCES, JUAN LOPEZ, JUDITH LOPEZ, JAIME VILLA and MELISA CHAVEZ (plaintiffs) and defendant RENO HOUSING AUTHORITY (defendant or RHA), by and through their respective counsel of record, hereby stipulate and agree that defendant Housing Authority of the City of Reno may have a third extension up to, and including, June 8, 2018, as the time within which to file its opposition to the plaintiffs' objection to RHA's application for the payment of costs, which would otherwise be due on June 1, 2018. The reason for this stipulation to extend the time for the RHA to file its response is that the RHA's opposition to the plaintiffs' objection to the RHA's application for the payment of costs comes due at a time when defendant's counsel has other briefs due for both of the attorneys for the RHA.

Mr. Kent has a matter going to trial June 25, 2018 wherein eight motions and the attendant oppositions and replies have been due. Mr. Zeh returned from travel out of the country only May 29, 2018 and this has not allowed sufficient time for counsel to coordinate their response to Plaintiff's lengthy objection. RHA's legal counsel, has therefore been unable to either meet with co-counsel, or engage in the research for the pleading in opposition to the plaintiffs' objection to an award of costs. The parties stipulate that good cause exists to support the stipulation for the extension time herein and they will not seek any additional extensions for this brief.

This is the third request for an extension of time regarding this pleading. It is not made for reasons of delay. If the stipulation is approved, the RHA will have, up to, and including, June 8, 2018, as the time within which to file its response to the plaintiffs' objection to the RHA's application for costs.

Dated: June 1, 2018

The Law Offices of Charles R. Zeh, Esq.

By: /s/Charles R. Zeh, Esq.

*Attorneys for defendant*

Dated: June 1, 2018

Kent Law, PLLC

By: /s/Steve Kent, Esq.

*Attorneys for defendant*

Dated: June 1, 2018

Thierman Buck LLP

By: /s/Leah L. Jones, Esq.

*Attorneys for plaintiffs*

**ORDER**

IT IS SO ORDERED.

Dated:  Nunc Pro Tunc June 1, 2018.

_____
United States District Court Judge

3